■ In the Matter of KYRA W., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MICHAEL W., Appellant. (Appeal No. 2.) [932 NYS2d 743]—

Same memorandum as in *Matter of Chelsey B.* (89 AD3d 1499 [2011]). Present—Scudder, P.J., Smith, Centra, Green and Gorski, JJ.